FILED

## UNITED STATES COURT OF APPEALS

JUL 21 2014

### FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VENTURA CONTENT, LTD., an Anguilla corporation, | Nos. 13- 56332, 13-56363 13-56970 |
| Plaintiff /Appellant/Cross-Appellee, | D.C. No. 2:11-cv-05912-SVW Central District of California, Los Angeles |
| v. | |
| MOTHERLESS, INC., a New York corporation and JOSHUA LANGE, an individual, | ORDER |
| Defendants/Appellees/Cross-Appellants. | |

Pursuant to the stipulated motion of the parties, cross-appeal no. 13-56363 is voluntarily dismissed.  Fed. R. App. P. 42(b).  The parties shall bear their own costs and fees on appeal.

This order dismisses cross-appeal no. 13-56363 only and shall have no effect on the main appeal no. 13-56332 and or the related appeal no. 13-56970.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Claudia L. Bernard
Chief Circuit Mediator

CLB/Mediation